[No. 40957-7-II. Division Two. February 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. INNA
VYACHESLAVOVNA BOCHKAREVA, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Van Deren and Johanson, JJ.

[No. 40983-6-II. Division Two. February 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK DOUGLAS
BOOKER, *Appellant*.

*Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 41110-5-II. Division Two. February 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG DONALD
OLSON, *Appellant*.

*Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 41179-2-II. Division Two. February 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY VERNIE
SCOTT COLLINS, *Appellant*.

*Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Johanson, JJ.